## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 725 MAL 2015

              Respondent        :

                             :   Petition for Allowance of Appeal from
                             :   the Order of the Superior Court
           v.                :

NICHOLAS CROCKETT,             :

              Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the decision of this matter.